# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | ) | |
|---|---|---|
| The Standard Fire Insurance Company, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:08-cv-2817-RBH |
| | ) | |
| Daniel Shine; Mary Shine; George Jacob Shine; Dorothy Merritt as Personal Representative of the Estate of Jonah Merritt; Kenny Campbell; Neal Campbell; and Kent Lane, | ) ) ) ) | |
| *Defendants* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:  the Defendants are entitled to UM coverage under the Policy for their injuries related to the automobile accident that occurred on November 5, 2001.  However, the UM coverage is not applicable in excess of the mandatory minimum limits as then applicable.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decision by the Honorable R. Bryan Harwell, United States District Judge, and the Court having granted in part and denied in part the Defendants' Motion for Summary Judgment, and having granted in part and denied in part the Plaintiff's Motion for Summary Judgment.

Date:  April 9, 2010                                *CLERK OF COURT*

                                                          s/Heather Ciccolella
                                                   _____
                                                   *Signature of Clerk or Deputy Clerk*